Devarick THOMPSON, Appellant,

v.

STATE of Missouri, Respondent.

ED102699

Missouri Court of Appeals,
Eastern District,
Division Four.

Filed: May 3, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied June 30, 2016

Application for Transfer Denied September 20, 2016

Srikant Chigurupati, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Rachel Sara Flaster, Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Sherri B. Sullivan, P.J., Kurt S. Odenwald, J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

Devarick Thompson ("Movant") appeals from the denial of his Rule 29.15 post-conviction relief motion after an evidentiary hearing. We affirm.

The judgment of the trial court is based on findings of fact that are not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the

reasons for this order pursuant to Rule 84.16(b).